FILED - LN
June 15, 2026 12:47 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg / _____ SCANNED BY: JH 6/15/26

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

_James Edward Kitchen © # 583372_

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

**1:26-cv-1856**

**Jane M. Beckering**
**U.S. District Judge**
**Phillip J. Green**
**U.S. Magistrate Judge**

v.

_Steffeni Straub RN/PA et al_

_Jodi Nakata RN_

_Kristin Maxson RN_

_Patricia Lamb RN_

_S. Smoyer RN_

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

_U.S. District Court Western District Case No. 2:24-cv-00149_

2. Is the action still pending? Yes ☐ No ☒

a. If your answer was no, state precisely how the action was resolved: _the defendants Filed Bankruptcy see "Wellpath Holdings Inc. case No. 24-90533 (ARP)_

3. Did you appeal the decision? Yes ☐ No ☒

4. Is the appeal still pending? Yes ☐ No ☒

a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☒ No ☐

a. If so, explain: _The injury that lead to my fragil state of being was proven in the previous case cited above, and was caused by MDOC Health Care staff._

- 2 -

(W.D. Mich. Form – Last Revised: September 2021)

ANSWERS TO QUESTIONS (1) through (5)

(1) U.S. DISTRICT COURT EASTERN DISTRICT OF MICHIGAN
CASE NO. 4:18 -CV- 12430 , case was denied.

U.S. DISTRICT COURT WESTERN DISTRICT OF MICHIGAN
CASE NO. 2:23 -CV- 00149 , defendant filed bankruptcy ,
bankruptcy Court settled the case to the best of my
knowledge and belief.

(2) "No" to my knowledge they are both closed.

(3) "No"

(4) "No"

(5) The claim today stems from the (8 th Amendment violation)
of cruel and unusual punishment that caused my debilitating
condition that would qualify the plaintiff for
a compassionate release pursuant to Michigan law ,
that was caused by the MDOC HEALTHCARE STAFF AND
LEAD TO THE "WELLPATH HOLDINGS INC., BANKRUPTCY
CASE NO.24 - 90533 (ARP) thus proving culpability.

For further explanation pease see " ATTACHMENT ".

### DEFENDANTS

(1) Steffeni Straub NP "official and personal capacity"
Demand $ 10,000,000.00 U.S. Dollars
(JCS) Jackson Cooper St.
3100 Cooper St.
Jackson , Michigan 49201

(2) Jodi Nakata RN "official and personal capacity "
Demand $ 10,000,000.00 U.S. Dollars
(JCS) Jackson Cooper St
3100 Cooper St
Jackson , Michigan 49201

(3) Kristin Maxson "official and personal capacity"
Demand $ 10,000,000.00 U.S. Dollars

(JCS) Jackson Cooper St
3100 Cooper St.
Jackson , Michigan 49201

(4) Patricia Lamb RN BSN "official and personal capacity "
Demand $ 10,000,000.00 U.S. Dollar
(JCS) Jackson Cooper St
3100 Cooper St.
Jackson , Michigan 49201

*These (two) defendants are located within the western Districts Jurisdiction.*
*Directors office of legal Affairs*
← *P.O. Box 30003*
*Lansing, Mich 48909*

(5) S. Smoyer RN "official and personal capacity "
Demand $ 10,000,000.00 U.S. Dollars

ADDITIONAL DEFENDANTS

(6) Sean Lockhart Manager , Grievance Section of Legal Affairs
"official and personal capacity "
Demand $ 10,000,000.00 U.S. Dollars

(7) Michelle Floyd (JCS) Warden "official and personal capacity"
Demand $ 10,000,000.00 U.S. Dollars
(JCS) Jackson Cooper St
3100 Cooper St.
Jackson , Michigan 49201

(8) VitalCore Health Strategies Inc.,
"official and personal capacity"
Demand $ 100,000,000.00 U.S. Dollars

(9) Michigan Department of Corrections
"official and personal capacity"
Demand $ 100,000,000.00 U.S. Dollars

(10) Heidi E. Washington director of MDOC
"official and personal capacity "
Demand $ 10,000,000.00 U.S. Dollars

(11) Gretchen Whitmer Governor of the State of Michigan
"official and personal capacity"
Demand $ 10,000,000.00 U.S. Dollars

(12) State of Michigan "official and personal capacity "
Demand $ 300,000,000.00 U.S. Dollars

The above Demands are for the 8th Amendment violation of
cruel and unusual punishment and 5th and 14th
Amendments violations of Due Process of the law,
Breech of Contract being Graduation act certificate 1774,
and treaty violations , Fraud , and Conversion on the
Sovereign lands owned and held in trust on behalf
of the Sovereign James Edward Kitchen©.

3

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _James Edward Kitchen Ⓒ_

Place of Present Confinement _(JCS) Jackson Correctional Facility_

Address _3100 Cooper St. Jackson, Michigan 49201_

Place of Confinement During Events Described in Complaint _(JCS) Jackson Corr Facility_

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _Steffeni Straub RN/PA- NP_

Position or Title _Physician's Assistant_

Place of Employment _(JCS) Facility_

Address _3100 Cooper St. Jackson Michigan 49201_

Official and/or personal capacity? _Both_

Name of Defendant #2 _Jodi NaKata_

Position or Title _RN_

Place of Employment _(JCS) facility_

Address _3100 Cooper St. Jackson, Michigan 49201_

Official and/or personal capacity? _Both_

Name of Defendant #3 _Kristin Maxson_

Position or Title _Hum_

Place of Employment _(JCS) facility_

Address _3100 Cooper St. Jackson, Michigan 49201_

Official and/or personal capacity? _Both_

Name of Defendant #4 _Patricia Lamb_

Position or Title _RN/BSN_

Place of Employment _3100 cooper st. (JCS) Facility_

Address _3100 Cooper St. Jackson, Michigan 49201_

Official and/or personal capacity? _Both_

Name of Defendant #5 _S. Smoyer_

Position or Title _RN_

Place of Employment _Directors office of legal Affairs_

Address _P.O. Box 30003 Lansing, Michigan 48909_

Official and/or personal capacity? _Both_

- 8 -

4

(W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

Please See the Following Attachment.

5

(W.D. Mich. Form – Last Revised: September 2021)

ATTACHMENT

On 12-3-25 Nurse Practitioner Steffeni Straub retrieved from her desktop a copy of MCLS 791.235 (20)(d)(i) and agreed that I had a permanent physical disability and a complex medical condition but stated that the walker with wheels was not considered personal assistance, it was Steffeni Straub that issued the details for the walker and other special accommodations because of the permanent physical disabilities that the (KCF) Healthcare staff caused.

Contrary to Steffeni Straubs believe the walker with wheels does qualify as personal assistance and when I explained to her that when a State legislature incorporates Federal Law within the body of the State Law it is because the State created the Law to conform and comply with Federal Law such as MCLS 791.235 (20)(a) which cited 42 CFR 441.505.

And according to 20 CFR 404.1530(c)(4) the treatment because of its magnitude (e.g.) (open heart surgery), unusual nature (e.g.) (organ transplant), or other reason is very risky for you; or the treatment involves amputation of an extremity, or a major part of an extremity and a marginal adjustment means that a claimants " adaptation to requirements of daily life is Fragile ". In other words, a claimant " has a "minimal capacity to adapt to changes in his or her environment or to demands that are already part of his or her Life, and an " inability " to stand or maintain balance means the need for assistance from another person or the use of an assistive device, such as a walker, two crutches, or two canes constitutes as personal assistance.

On or about 10-31-25 I the Plaintiff approached (JCS) D- UNIT PRISON COUNSELOR Ms. Howard and asked her if she could look in to why I the Plaintiff have not been seen by the Parole board for a medically fragile Parole yet and Ms. Howard suggested that I kite Healthcare via the CHJ-549 form and ask Healthcare if I'm on the list for early Parole, so I done so see exhibit (a) CHJ-549 form addressing RN Jodi Nakata, and the nurses response was see your counselor see exhibit (b), so I did and P.C. Howard spent approximately a month trying to get a straight answer from all the other staff members that Ms. Howard emailed in order to try to find out how to start the process or even if the process was already in play to no avail, Ms. Howard stated to the Plaintiff that she saved the emails for this Honorable Court.

It was not until the episode of the chest pains and shortness of breathe on 12-3-25 that the Plaintiff found out that it was Steffeni Straub by her own admittance in front of other staff that it was her that was blocking me from the forms for a medically fragile Parole, so on 12-3-25 I the Plaintiff started the Grievance process, and the step (1) Grievance was answered on 12-9-25 stating that the Grievant did not meet the criteria for a medically fragile Parole, but that's not all if this Honorable Court would look at the "COMPLAINT SUMMARY" were the medical staff stated, quoting in full," Grievant states he was denied a medical parole", see exhibit (c) the statement is patently false, "the Plaintiff requested to be put on the parole list for medically fragile frail prisoners", this action of the MDOC Healthcare staff demonstrates the dishonestly and the complete disregard of care for the human life of a prisoner.

On 12-22-25 the Plaintiff filed the step two Grievance and it was answered on 1-6-26 by Patricia Lamb RN see exhibit (d) Patricia Lamb states ," the Grievant states he asked a medical provider for the forms and was told he did not meet the criteria for a medical parole", again this is patently false I asked to be put on a list for a medical parole, then Patricia Lamb states that on 11-3-25 the Grievant asked Healthcare staff to put him on the medical parole list, this statement is true, but I was referred back to P.C. Howard and she was spun in circles by her own colleagues for approximately a month, and when I had the chest pains and shortness of breathe I returned to Healthcare for help this is when I discovered that it was Steffeni Straub that was blocking me from the forms for a medically fragile Parole, I was never told by the Healthcare staff that the medical kite was referred to the Medical Provider VitalCore Health Strategies or their healthcare agents or even Wellpath now or their agents, this was unknown to the Grievant until the step two Grievance was answered, to sum up this section Patricia Lamb states "that I could contact the parole board on my own", but by doing this I would not have the support of the medical comunity, this was only done by the Healthcare Provider and their agents in order to diminish the damage that was caused by the Healthcare staff that work for the Provider "Wellpath Holdings Inc" that filed bankruptcy, which is know "VitalCore Health Strategies" and their agents, all of the above demonstrates their famous spin job and lack of human compassion that the Healthcare Companies and their agents have for prisoners.

The step three Grievance was answered on 2-10-26 and was denied because the State of Michigan agents S. Smoyer, RN and Sean Lockhart Manager, Grievance Section Office of Legal Affairs claimed that the Grievant did not utilize the Healthcare Kite system via (CHJ-549) FORM to resolve the issue first, but we know that this statement is patently false, because not only did the Healthcare staff mention the Healthcare kite in the step two Grievance response, the Plaintiff is supplying the Healthcare kite as an exhibit (a), this statement from the step three Grievance agents is completely false and again demonstrates the complete dishonesty of the State of Michigan agents and because they know I do meet the criteria for a medically fragile parole according to Michigan law.

6

A POSSIBLE MOTIVE
FOR THE INTENTIONAL OVER DOSE
OF KETOROLAC/TORADOL MIXED WITH MOBIC/MELOEXICAM

The possible motivation for the STATE OF MICHIGAN and their agents and their Healthcare Companies and their agents for trying to basically murder or assassinate the Plaintiff is because the Plaintiff is the legal heir at Law to the famous George Kitchen. The George Kitchen that made the deal with President Andrew Jackson in the (1830) which enabled President Andrew Jackson to pay off the national debt by selling George Kitchen Washington D.C. see exhibit (e) U.S.patent land grant certificate No.10064, and No. 10.064 landoffice see exhibit (f) and No. 10.064 Receiversoffice see exhibit (g) which equates to 100 sections that are 640 acres a section which equals 64 , 000 acres 10 square miles. These lands are held in trust by the United States Government for the heirs of George Kitchen the patent also established the ownership of the General landoffice of the United States and the State of Alabama. As this Honorable Court knows their can be many different assets held under one United States patent.

Also , the famous George Kitchen holds the old Northwest Territories under a United States patent , Being graduation act certificate No. 1774 see exhibit (h) , No. 1774 United States Landoffice see exhibit (i) and No. 1774 United States Recieversoffice see exhibit (j) , and Michigan as established by the issuance of the confirmation patent being No.15239 issued by the Michigan Governor for the swamp lands also known as the bottom lands being certificate No.3844 for swamp that was issued in (1859) and finalized in (1866). see exhibit (k) Further proof is the affidavit issued by George Kitchen in the year of (1857) proving that George Kitchen owned Government lot No.3 prior to State hood see exhibit (l) thus proving that George Kitchen owned the lands within the exterior borders of Michigan prior to the State of Michigans admission into the Union and the lands mentioned above are still to this day held in a trust within the Merchants Bank of Canada , know called "The Bank of Canada" , the Plaintiff , the Sovereign James Edward Kitchen know holds the legal deed to the trust lands described above see exhibit (m) being Quitclaim Deed liber 1086 page 52 in the Cheboygan register of deeds and the NARA DOCUMENTS exhibit (n). Through the United Nations , and the Hague treaty the Plaintiff , the Sovereign James Edward Kitchen applied through the Michigan Secretary of State to the countries of Canada and the United States of America for the certificates of Authority and Immunity , and both certificates were approved by both countries. see exhibit (o) This Honorable Court knows that the United States Congress could not grant the lands that were already held under a valid land grant or a United States patent. So the lands could not pass to the State upon admission to the Union , nor did the ownership of lands held by a valid Crown grant that was held in a trust prior to the independence of the United States , pass to the United States through the treaty of Peace of (1783). The Graduation act certificate No.1774 which is the legal title to the United States and the patent to the act of Congress known as the "Graduation act approved August 4 , 1854" and the lands held by the patent or the landoffice attached to the patent , because the number 1774 means the year , which comes from the Quebec act of 1774 , and (the origin of the creation of the United States as a corporation was established to do commerce on the lands covered by the land patents cited above and it existed before the revolutionary war and the British troops didn't leave until the year of (1796) Republica v. sweer 1 Dallas 43 , Treaty of commerce 8 stat 116. The society for propagating the gospel , &c. v. New Haven 8 Wheat 464. Treaty of Peace 8 stat 80 , IRS publication 6209 , Articles of Association October 20 , 1774) .

The Plaintiff issued THE STATE OF MICHIGAN a bond for the sum of Five Hundred Million U.S. Dollars on 7-5-2005 to discharge the debt in the Plaintiffs criminal case No. 04-0175-FY that he is serving time for today. The Bond was given to the 89th District Court in Cheboygan County , Michigan , because as this Honorable Court knows that all crimes are commercial ( Federal or State ) that is offenses against the revenue laws 27 CFR 72.11 Meaning of terms Commercial Crimes . that is why all of THE STATE OF MICHIGAN COURT charging instruments are against the Strawman.

The possibility of the State of Michigan and their agents in Cheboygan County and the Prison system attempted to murder or assassinate the Plaintiff is very real considering the State of Michigan and their agents have held the Plaintiff in State Prison illegally since the year of (2005).The Plaintiff currently has Federal investigations that are currently active.This Honorable Court can under stand that the Plaintiffs ancestor George Kitchen is the Father of the City and County of Cheboygan as the County seat that was established on a Government lot owned by George Kitchen know it is owned by the Plaintiff James Edward Kitchen , the lands were acquired through the Treaty of Washington (1836) , "the Cheboygan rapids" , as established in Article Ninth of the said Treaty this was set up this way to establish a treaty between the new Sovereign owner of Washington D.C. one George Kitchen and Sovereign Tribal nations of the territory of Michigan and also established that the Cheboygan County Court system would not have Jurisdiction over the legal heirs at law of George Kitchen.

7

At this time it should be noted that while the plaintiff was located at the Woodland Center for Correction , also known as (WCC) CORRECTIONAL FACILITY were the plaintiff was receiving dialysis treatment on my kidneys because of the intentional overdose by the MDOC Healthcare staff on 5-18-23 which caused the kidney failure , and while the plaintiff was located at the WCC facility a real medical doctor named "Jayawardena Vindhya" stated that the plaintiff automatically qualified for a medically fragile parole because of the radical surgery , so how does a nurse practitioner over ride a real medical doctor? The only difference is the law suit that was filed since the plaintiff was transferred to the (JCS) facility , at this time it should be noted that my kidney function is one point away from normal , which proves that the overdose caused the kidney failure and the fact that the former MDOC Healthcare company known as " Wellpath Holdings Inc filed bankruptcy against the plaintiff thus proving culpability and know the MDOC Healthcare company Vitalcore Health Strategies the successor to Well path Holdings Inc employees are acting as if the overdose by their co workers never happened but yet the damage to my body remains".

One of the surgeons that saved my life Dr. Yassa informed me that I should not take any trauma or impacts to my chest , groin , or abdomen , because I will forever be fragile in those areas , because of the serious disability that the MDOC HEALTHCARE CAUSED.

So , as a person with a serious disability , AND BECAUSE THE MDOC HEALTHCARE CAUSED THE SERIOUS DISABILITY , WOULD THE MDOC and OTHERS NOT BE RESPONSIBLE?

The liability of the State of Michigan and their agents is massive , so their is a real probability that the State of Michigan and their agents went into a panic state of mind and tried to cure the problem on their own and tried to murder or assassinate the Plaintiff which is criminal and know is denying the plaintiff a chance at freedom , the plaintiff basically died three different times through out the experience caused by the MDOC Healthcare , so how many times would a person have to die at the hands of another or how many internal organs would a person have to lose or be repaired to qualify for a cruel and unusual punishment claim in order to be eligible for discharge from the MDOC that committed the cruel and unusual punishment upon the plaintiffs person?

The Plaintiff may not have a Constitutional right to a parole , but when the State provides a state law that would provide an avenue to the parole process , then the Plaintiff would have a Constitutional Due Process right to that avenue to the parole process that the State law provides , in any event the actions of the State of Michigan and their Healthcare staff that caused the over dose and the destruction of the Plaintiffs internal organs that will shorten the Plaintiffs life span is an 8th Amendment violation. And then to say , oh your alright just go back to your cell and shut up and by the way show up for work when we tell you to or we will ticket you and make you sit in your cell for punishment. This is the mere definition of cruel and unusual punishment under the 8 the Amendment of the U.S. Constitution , THE STATE OF MICHIGAN and their MICHIGAN DEPARTMENT OF CORRECTIONS cannot be trusted with the safety and of the Healthcare of the Sovereign James Edward Kitchen , the legal heir at law to the famous George Kitchen.

Because the State of Michigan and their agents violated their own State laws against the Plaintiff , the Treaties , the Contracts , and basically tried to murder or assassinate the Plaintiff , this Honorable Court knows full well that the State of Michigan has caused this Plaintiff to lose far more money than what the Plaintiff is asking for, as this amount is a drop in a bucket compared to the amount in the trust , and in the Federal accounts the Plaintiff inherited and it is because of being locked up on my own trust lands illegally is why I the Plaintiff cannot access the funds , and what the Plaintiff means by the trust lands is the Old Northwest Territories commonly known as Michigan , Ohio , Indiana , Illinois , Wisconsin and part of Minnesota , also the Michigan Territory of (1836) the People of the State of Michigan does not have Jurisdiction over the Federally recognized Indians on their tribal lands held in trust by the United States Government. So it is obvious that the State of Michigan could never have Jurisdiction over the legal heirs at law to the famous George Kitchen when the lands mentioned above are Federally owned by George Kitchen know James Edward Kitchen © and held in trust by the United States Government as well a Foreign Government.

The State of Michigan does not own any land in the State of Michigan , all the land State or Federal is still own by the heirs of George Kitchen , the State of Michigan did not even have land to build the State Capital on , a man named James Seymour bought land from George Kitchen No.1774 U.S. Landoffice and then donated the land to the new State of Michigan so the State of Michigan could have land to build the State Capital on , this was done this way so the Sovereignty remained with George Kitchen.

Dated **6-9-26** signature *James E. Kitchen*  
James Edward Kitchen©  
the Sovereign  
Jackson Cooper Street(JCS)  
3100 cooper st.  
Jackson , Michigan  
49201

IV. **Relief**

State briefly and precisely what you want the court to do for you.

There are twelve (12) defendants with different Demand amounts, the plaintiff ask's this Honorable Court to order the defendants to pay the individual Demand amount for each defendant, which would total ($590,000,000.00) Five Hundred and Ninty Million U.S. dollars, or let a Jury decide the Defendants fate in this case.

_____

"Jury Trial Demanded"

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☒ I request that this case be assigned to a district judge.

6-9-26
**Date**

*James E. Kitchen* ©
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)

*Courts Copy*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


JAMES EDWARD KITCHEN,
            Plaintiff,

  v.

Steffeni Straub et al.,
            Defendant.


### PROOF OF SERVICE

The Plaintiff James Edward Kitchen filed the following with the Clerk of the Court via the prison mail box rule :

(1) Motion to proceed without prepaid costs, with MDOC Trust Account Statement.

(2) One original civil rights action pursuant to USCA 42 1983.

(3) letter to the clerk of the Court.

(4) Proof of service.

(5) list of exhibits.


dated 6-9-26 signature _James E. Kitchen_ ©
                        James Edward Kitchen



James E. Kitchen #583372
Cooper St. Correctional Facility
3100 Cooper St.
Jackson, Michigan
49201

Office o[f]
United States Dist[rict]
113 Federal Build[ing]
315 W. Allegan [St.]
Lansing, Michigan

Screened By
USMS

James E. Kitchen #583372
Cooper St. Correctional Facility
3100 Cooper St.
Jackson, Michigan
49201



PRIORITY MAIL

US POSTAGE ™ PITNEY BOWES

ZIP 49201
02 7W   $ 011.95⁰
0008038246 JUN. 10 2026

F the Clerk
rict Court
ng
St.

18933